IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division


FILED
JUL 2 0 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN RE: MOTION TO SEAL
APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

Case No. 3:18-sw-__180__

## GOVERNMENT'S MOTION TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

Pursuant to Rule 49(B) of the Local Criminal Rules for this Court, the United States, by and through its attorneys, G. Zachary Terwilliger, United States Attorney, and Brian R. Hood, Assistant United States Attorney, hereby moves the Court to issue an order sealing the application for a search warrant, the affidavit in support of that application, and the Memorandum in Support of this motion, in the above-captioned case, following the execution of the warrant until further order of the Court, as outlined in the Memorandum in Support.

WHEREFORE, it is requested that this Motion be granted.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Brian R. Hood
Assistant United States Attorney