IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division


FILED
JUL 2 0 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN RE: MOTION TO SEAL
APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

Case No. 3:18-sw-180

## ORDER
(Sealing Application and Affidavit for Search Warrant)

WHEREAS, the United States has moved to seal the application for a search warrant, the affidavit in support of that application, and the Memorandum in Support of its motion, pursuant to Rule 49(B) of the Local Criminal Rules for this Court; and

WHEREAS, the Court, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED that the application and affidavit supporting the warrant, and the government's Memorandum in Support of its motion, will be sealed following execution of the warrant until further order of the Court. The public is given notice to object by this Order and may request a hearing before this Court on the question of whether the above-captioned matter should be unsealed.

IT IS SO ORDERED.

/S/
David J. Novak
United States Magistrate Judge

Date July 20, 2018
Richmond, Virginia