IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: MOTION TO PARTIALLY UNSEAL APPLICATION, SEARCH WARRANT AND AFFIDAVIT IN SUPPORT THEREOF | Case No. 3:18-sw-180 |

## GOVERNMENT'S MOTION TO PARTIALLY UNSEAL APPLICATION, SEARCH WARRANT AND AFFIDAVIT IN SUPPORT THEREOF

Pursuant to Rule 49(B) of the Local Criminal Rules for this Court and the general provisions of 18 U.S.C. § 3509, the United States, by and through its attorneys, G. Zachary Terwilliger, United States Attorney, and Brian R. Hood, Assistant United States Attorney, hereby moves the Court to issue an order unsealing the application for search warrant and search warrant, and partially unsealing both the affidavit for search warrant and the government's memorandum in support of this motion for the limited purpose of providing copies to counsel for the defendant subject to an accompanying protective order, in the above-captioned case.

WHEREFORE, it is requested that this Motion be granted.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Brian R. Hood
Assistant United States Attorney