IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: MOTION TO PARTIALLY UNSEAL APPLICATION, SEARCH WARRANT AND AFFIDAVIT IN SUPPORT THEREOF | Case No. 3:18-sw-180 |

## ORDER
(Partially Unsealing Documents Pursuant to 18 U.S.C. § 3509 and Rule 49(B))

WHEREAS, the United States has moved, pursuant to Rule 49(B) of the Local Criminal Rules for this Court and 18 U.S.C. § 3509, to unseal the application for search warrant and search warrant, and partially unseal both the affidavit for search warrant and the government's memorandum in support of this motion for the limited purpose of providing copies to counsel for the defendant, subject to the provisions of the accompanying protective order, and

WHEREAS, the Court, having found that the affidavit and government's memorandum are subject to the provisions set forth in 18 U.S.C. § 3509, and for good cause shown; it is hereby

ORDERED, ADJUDGED, and DECREED that the application for search warrant and search warrant shall be UNSEALED and available to the public, and the affidavit for search warrant and the government's memorandum in support of this motion shall be UNSEALED for the limited purpose of providing copies of both to counsel for the defendant subject to the provisions of the accompanying protective order. The affidavit and accompanying memorandum in support of the government's motion shall otherwise remain SEALED to all other persons until further order of the Court.

The public is given notice to object by this Order and may request a hearing before this Court on the question of whether the above-captioned matter should be unsealed.

It is so ORDERED.

/S/
David J. Novak
United States Magistrate Judge

Date: November 1, 2018
Richmond, VA