IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: MOTION TO PARTIALLY UNSEAL APPLICATION, SEARCH WARRANT AND AFFIDAVIT IN SUPPORT THEREOF | Case No. 3:18-sw-180 |

## ORDER
(Protective Order Pursuant to 18 U.S.C. §§ 3509(d)(1)(A) and § 3509(d)(2))

WHEREAS the Court, having granted the motion of the United States to unseal the search warrant and application, and partially unseal the affidavit in support of search warrant and memorandum in support for the limited purpose of providing copies of both to counsel for the defendant subject to the restrictions described herein, further ORDERS that:

1. All papers to be filed in court that disclose information contained in the affidavit shall be filed under seal;

2. The affidavit and all documents that contain information obtained from the affidavit shall be stored in a secure place to which no person who does not have reason to know their contents has access;

3. The affidavit and the information contained therein may be disclosed only to persons who, by reason of their participation in the criminal case against the defendant, have reason to know such information;

4. Counsel for the defendant may disclose to the defendant and discuss with him the contents of the affidavit, but shall not provide the defendant with a copy of the affidavit.

It is so ORDERED.

Date: November 1, 2018
Richmond, VA

/S/
David J. Novak
United States Magistrate Judge